

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00552-CV

Ernest **BUSTOS,**
Appellants

v.

**BEXAR APPRAISAL DISTRICT** & Bexar Appraisal Review Board,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI14592
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellees' unopposed motion for extension of time to file their brief is granted.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court